789-15 COPY

COA # 08-14-00026-CR     OFFENSE: 21.1

STYLE: Antonio Mejia Ruiz v. The State of Texas     COUNTY: Collin

COA DISPOSITION: Affirm     TRIAL COURT: 296th District Court

DATE: 5/29/2015     Publish: No     TC CASE #: 296-82375-2012

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Antonio Mejia Ruiz v. The State of Texas     CCA #: 

__APPELLANT'S__ Petition     CCA Disposition: 789-15

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: 

REFUSED     JUDGE: 

DATE: 10/14/2015     SIGNED: _____ PC: _____

JUDGE: _____     PUBLISH: _____ DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____